UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NAHUM EFRAIN OJEDA LOPEZ, *Plaintiff*, | § § § | |
| v. | § § | CAUSE NO. 7:24-cv-00085 |
| POWUR PBC AND SOLAR INSURE, INC. *Defendant* | § § § § | |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants Powur PBC and Solar Insure, Inc. ("Defendants") hereby invoke this Court's jurisdiction under 28 U.S.C. §§ 1332 and 1441 and file this Notice of Removal ("Notice") with respect to Cause No. C-0748-24-D in the 206th Judicial District Court of Hidalgo County, Texas. In support of their Notice of Removal, Defendants respectfully show this Court the following:

## I.
## BASIS FOR FEDERAL DIVERSITY JURISDICTION

1. On February 14, 2024, Nahum Efrain Ojeda Lopez ("Plaintiff") filed an action in the 206th Judicial District Court of Hidalgo County, Texas, styled *Nahum Efrain Ojeda Lopez v. Powur PBC and Solar Insure, Inc.*, assigned Cause No. C-0748-24-D (the "State Court Action"). In the State Court Action, Plaintiff alleges claims against Defendants for breach of contract, promissory estoppel, violations of the Texas Deceptive Trade Practices Act, fraud, negligent misrepresentation, and conspiracy.

2. Jurisdiction for the removal of this action exists under 28 U.S.C. §§ 1332 and 1441. This Court has jurisdiction over this matter because there is complete diversity between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. 28

U.S.C. § 1332(a)(1). At the time of the filing of this Notice, Defendants have been served by Plaintiff.

**A.     The Amount in Controversy Exceeds $75,000.00.**

3.     Plaintiff alleges in his Original Petition that he seeks monetary damages of at least $250,000. Ex. A-2 (Plaintiff's Original Petition) ¶ 6 and ¶ 24. Plaintiff also seeks attorneys' fees and exemplary damages. Ex. A-2 ¶¶ 24-26. The amount in controversy therefore exceeds $75,000.00.

**B.     There is Complete Diversity of Citizenship.**

4.     There is complete diversity of citizenship between Plaintiff and Defendants. Plaintiff is domiciled in Texas and Defendants are domiciled in Delaware and California.

5.     Plaintiff Nahum Efrain Ojeda Lopez is a natural person. Plaintiff is a citizen of the State of Texas for the purposes of 28 U.S.C. § 1332(c)(1) because Plaintiff resides and is domiciled in Texas.  Ex. A-2 ¶ 1.

6.     Defendants Powur PBC and Solar Insure, Inc. are both corporations. The citizenship of a corporation is determined by its principal place of business and its state of incorporation. 28 U.S.C. § 1332(c)(1). Defendant Powur PBC is incorporated in Delaware and its principal place of business is in Del Mar, California.  Thus, Defendant Powur PBC is a citizen of Delaware and California for purposes of diversity jurisdiction.  Defendant Solar Insure, Inc. is incorporated in Delaware and its principal place of business is in Costa Mesa, California. Accordingly, Defendant Solar Insure, Inc. is likewise a citizen of Delaware and California for purposes of diversity jurisdiction. Neither Defendant is a citizen of Texas.

## II.
### PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

**A.     The Amount in Controversy Exceeds $75,000.00.**

7.     This Notice is timely filed under 28 U.S.C. § 1446(b). Plaintiff filed the State Court Action on February 14, 2024. Ex. A-2, Plaintiff's Original Petition. Defendants were served with process on February 20, 2024. Ex. A-1, Affidavits of Service. Accordingly, Defendants file this Notice within thirty days after receipt of the Original Petition upon which removal is based, and this removal is timely.

**B.     Venue is Proper.**

8.     The United States District Court for the Southern District of Texas, McAllen Division, encompasses the county in which the State Court Action is pending. Pursuant to 28 U.S.C. § 1441(a), the State Court Action is properly removable to this Court.

**C.     All Other Procedural Requirements Have Been Met.**

9.     Pursuant to 28 U.S.C § 1446(a) and Local Rule 81, an index of documents from the State Court Action is attached hereto as Exhibit A. Attached therein as Exhibit A-1 is a true and correct copy of all process executed in the State Court Action. A true and correct copy of all pleadings filed in the State Court Action (Plaintiff's Original Petition) is attached as Exhibit A-2. A true and correct copy of the State Court Action docket sheet is attached as Exhibit A-3. A list of all counsel of record, including addresses, telephone numbers, and parties represented, is attached as Exhibit A-4.

10.    Defendants will promptly give all adverse parties written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d). Defendants will promptly file a copy of this Notice in the 206th Judicial District Court of Hidalgo County, Texas, where the State Court Action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

## III.
### REQUEST FOR RELIEF

Defendants respectfully request that this action, now pending in the 206th Judicial District Court of Hidalgo County, Texas, bearing Cause No. C-0748-24-D, be removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

By: /s/ Lee Banta
CORNELIUS F. "LEE" BANTA, JR.
Texas Bar No. 24101482
Southern District Number: 3194304
PECKAR & ABRAMSON, P.C.
1717 West Loop South, Suite 1400
Houston, Texas 77027
Telephone: (713) 568-1500
Facsimile: (713) 568-1490
lbanta@pecklaw.com

**ATTORNEYS FOR DEFENDANT POWUR PBC**

By: /s/ Alicia F. Castro
Alicia F. Castro
State Bar No. 24069705
Southern District Number: 2192250
Ryan B. Burns
State Bar No. 24116149
Southern District Number: 3471171
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (telephone)
(713) 223-3717 (facsimile)
acastro@lockelord.com
ryan.burns@lockelord.com

**ATTORNEYS FOR DEFENDANT SOLAR INSURE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Removal has been served on the following counsel of record via CM/ECF or electronic mail on March 7, 2024:

Gabriela A. Lopez-Ruperto
Abraham Garcia
Carlos A. Saldaña
Alexander M. Menchaca
Hector Salinas
Adelyn Torres

KGS LAW GROUP
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No. (281) 962-7773
E-Service and Correspondence Email:
service@kgslawpllc.com

                                       By:  */s/ Lee Banta*
                                               CORNELIUS F. "LEE" BANTA, JR.